UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LESHAUN CURRY,

    Plaintiff,

Case No. 13-11906

Honorable Nancy G. Edmunds

v.

SALLIE MAE, ET AL.,

    Defendants.
_____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [24], DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(b), AND DENYING AS MOOT DEFENDANT EXPERIAN'S MOTION FOR SUMMARY JUDGMENT [16]**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [ECF No. 24]. Being fully advised in the premises and having read the record and the pleadings, including the Report and Recommendation[1], the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation, DISMISSES WITH PREJUDICE Plaintiff's claims against Defendant Experian Information Solutions, Inc. pursuant to Federal Rule of Civil Procedure 41(b), and thus DENIES AS MOOT Defendant Experian Information Solutions, Inc.' motion for summary judgment [ECF No. 16].

    SO ORDERED.

                        S/Nancy G. Edmunds
                        Nancy G. Edmunds
                        United States District Judge

Dated: January 10, 2014

---

[1] No timely objections were filed.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 10, 2014, by electronic and/or ordinary mail.

S/Johnetta M. Curry-Williams
Case Manager
Acting in the Absence of Carol A. Hemeyer
